IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIEL JOHNSON, : | |
| : | |
| Plaintiff : | |
| : | CIVIL ACTION NO. 3:18-CV-1770 |
| v. : | |
| : | (Judge Caputo) |
| JOHN E. WETZEL, *et al.*, : | |
| : | |
| Defendants : | |

**O R D E R**

**AND NOW**, this **2nd** day **MAY 2019**, upon consideration of Mr. Johnson's motion to reopen his case (ECF No. 7), it is **ORDERED** that:

1. The Court will construe Plaintiff's motion as a motion for reconsideration of this Court's October 17, 2018-Order dismissing his case without prejudice due to his failure to submit the appropriate forms or pay the filing fee. *See* ECF No. 6.

2. Mr. Johnson's motion for reconsideration (ECF No. 7) is **DENIED**.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**